**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**Nathan A McLaughlin and Kelly Anne**
**McLaughlin**

     **Debtor(s).**

                                    **CASE NO. 08-00191-KSJ**
                                      **CHAPTER  7**

_____/

**ORDER GRANTING WASHINGTON MUTUAL BANK**
**MOTION FOR RELIEF FROM STAY**

     THIS CAUSE came on for consideration by negative notice pursuant to the Motion for Relief From Stay (Doc #10) served by WASHINGTON MUTUAL BANK, ("Movant") on January 21, 2008.  The motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days of the date of service of the motion.  No objections having been filed, it is ORDERED:

     1.     The automatic stay arising by reason of 11 U.S.C §362 is terminated as to Movant's interest in the following property:

     **PARCEL ID: 071131-7024-00060-0040**

     **LEGAL DESCRIPTION:**

     **LOT 4, BLOCK 6, OF PALM COAST, MAP OF PINE GROVE, SECTION 24, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 8, PAGE(S) 43, OF THE PUBLIC RECORDS OF FLAGLER COUNTY, FLORIDA.**

     2.     The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs not to exceed $500.00, as permitted by state law and the Note and Mortgage.

     3.     The Order Granting Relief from Stay is entered for the sole purpose of allowing movant to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above, and that movant shall not obtain an *in personam* relief against the debtor.

4.      The stay imposed by Rule F.R.B.P. 4001(a)(3) shall not be waived or reduced.


DONE and ORDERED in Orlando, Florida, this 14th day of February, 2008

_

_____
KAREN S. JENNEMANN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to all parties
on the attached Service List

**<u>SERVICE LIST</u>**

Nathan A McLaughlin  and Kelly Anne McLaughlin
29 Princess Rose Drive
Palm Coast,  FL  32164

Ann W. Rogers, Esquire
595 North Nova Road, Suite
115
Ormond Beach,  FL  32174-4428

Scott Fransen, Trustee
Post Office Box 536696
Orlando,  FL  32853

WASHINGTON MUTUAL BANK
7800 North 113th Street  Mail Stop MWIB3201
Milwaukee, WI 53224

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018