B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 6:08–bk–00191–KSJ

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nathan A McLaughlin | Kelly Anne McLaughlin |
| 29 Princess Rose Drive | 29 Princess Rose Drive |
| Palm Coast, FL 32164 | Palm Coast, FL 32164 |

Social Security No.:
xxx–xx–6934                                                                xxx–xx–6006

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: May 7, 2008

Karen S. Jennemann
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113A-6           User: cfaye                Page 1 of 1            Date Rcvd: May 07, 2008
Case: 08-00191                 Form ID: B18J              Total Served: 25

The following entities were served by first class mail on May 09, 2008.
db           +Nathan A McLaughlin,    29 Princess Rose Drive,    Palm Coast, FL 32164-7120
jdb          +Kelly Anne McLaughlin,    29 Princess Rose Drive,    Palm Coast, FL 32164-7120
tr           +Scott R Fransen,    Post Office Box 536696,    Orlando, FL 32853-6696
cr            NC Two, L.P.,    c/o Kim Hernandez Vance, Esq.,    P.O. Box 3324,    Tampa, FL 33601-3324
cr            Washington Mutual Bank,    P.O. Box 25018,    Tampa, FL 33622-5018
14137797     +Advanta Bank Corp,    P.O. Box 30715,    Salt Lake City, UT 84130-0715
14137799     +CitiFinancial,    P.O. Box 140849,    Irving, TX 75014-0849
14137801     +FIA Card Services,    P.O. Box 15726,    Wilmington, DE 19886-5726
14137802     +First Equity,    P.O. Box 23029,    Columbus, GA 31902-3029
14143171     +Flagler County Tax Collector,    P.O. Box 846,    Bunnell FL 32110-0846
14137803     +GMAC,    P.O. Box 78234,    Phoenix, AZ 85062-8234
14137804      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
14202866     +Household Bank (SB), N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road,    Suite #200,
               Tucson, AZ 85712-1083
14137807     +JC Penneys,    P.O. Box 960090,    Orlando, FL 32896-0090
14137808      Kim Hernandez Vance Esq,    Gray/Robinson PA,    201 N. Franklin Street, #220,    Tampa, FL 33601
14137809     +NC Two, LP/Fleet Bank,    P.O. Box 3324,    Tampa, FL 33601-3324
14164074      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14137811     +Washington Mutual,    P.O. Box 78148,    Phoenix, AZ 85062-8148

The following entities were served by electronic transmission on May 08, 2008.
tr           +EDI: QSRFRANSEN.COM May 08 2008 01:39:00      Scott R Fransen,    Post Office Box 536696,
               Orlando, FL 32853-6696
14137798     +EDI: HFC.COM May 08 2008 01:38:00      Beneficial,    P.O. Box 17574,    Baltimore, MD 21297-1574
14137800     +EDI: ESSL.COM May 08 2008 01:38:00      Dish Network,    P.O. Box 105169,    Atlanta, GA 30348-5169
14137801     +EDI: BANKAMER2.COM May 08 2008 01:39:00      FIA Card Services,    P.O. Box 15726,
               Wilmington, DE 19886-5726
14143172      EDI: FLDEPREV.COM May 08 2008 01:39:00      Florida Department of Revenue,    Bankruptcy Unit,
               Post Office Box 6668,    Tallahassee FL 32314-6668
14137805     +EDI: HFC.COM May 08 2008 01:38:00      HSBC Card Services,    P.O. Box 5222,
               Carol Stream, IL 60197-5222
14137806      EDI: IRS.COM May 08 2008 01:38:00      Internal Revenue Service,    Philadelphia CIO,
               P.O. Box 21126,    Philadelphia, PA 19114
14143173      EDI: IRS.COM May 08 2008 01:38:00      Internal Revenue Service,    Post Office Box 21126,
               Philadelphia PA 19114
14137810     +EDI: HFC.COM May 08 2008 01:38:00      Polaris Star Card,    Dept 7680,
               Carol Stream, IL 60116-0001
14164074      EDI: RECOVERYCORP.COM May 08 2008 01:38:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2008**          **Signature:** _Joseph Speetjens_